James T. Burton (Utah Bar No. 11875)
Shawn T. Richards. (Utah Bar No. 11949)
Analise Q. Wilson (Utah Bar No. 13845)
**KIRTON | McCONKIE**
Key Bank Tower
36 South State Street, #1900
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JULIE YEARSLEY<br><br>Plaintiff,<br><br>vs.<br><br>BROOK THORNLEY, an individual, ROD THORNLEY, an individual.<br><br>Defendants. | **NOTICE OF CHANGE OF ADDRESS**<br><br>Case No. 1:16-cv-00060-TS<br><br>Judge Ted Stewart |

Counsel for Plaintiff Julie Yearsley, James T. Burton, Shawn T. Richards and Analise Q Wilson, of the law firm of Kirton McConkie, hereby give notice of their law firm's change of street address (from 60 E. South Temple, Suite 1800) to: <u>36 South State Street, #1900</u>, Salt Lake City, UT 84111.

DATED this 12th day of July, 2016.

**KIRTON McCONKIE**

By: <u>/s/ James Burton</u>
    James T. Burton
    Shawn T. Richards
    Analise Q. Wilson
    *Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of July, 2016, I caused a true and correct copy of

the foregoing to be filed utilizing the Court's electronic filing system which provides service to all

counsel of record registered thereon.


/s/ James T. Burton